

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 18, 2022.**

_____
TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-60020 (SDTX) |
| | § | |
| INFOW, LLC | § | CHAPTER 11 |
|     Debtor. | § | |

| | | |
|---|---|---|
| SCARLETT LEWIS, et al. | § | |
|     Plaintiffs, | § | |
| | § | ADV. NO. 22-01024-tmd |
| v. | § | |
| | § | |
| ALEX JONES, et al. | § | |
|     Defendants. | § | |

## ORDER REASSIGNING BUSINESS OF THE COURT

IT IS HEREBY ORDERED and NOTICE is given that the above-referenced adversary proceeding is reassigned to the Honorable H. Christopher Mott.

IT IS FURTHER ORDERED that the Clerk of the Court shall immediately cause a copy of this ORDER to be served on all parties in interest in this case.

# # #

1