IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE : <br> INFOW, LLC, *et al.*, <br><br> Debtors. <br> ──────────────────── <br><br> NEIL HESLIN and <br> SCARLETT LEWIS <br><br> VS. <br><br> ALEX E. JONES, INFOWARS, LLC, <br> FREE SPEECH SYSTEMS, LLC, and <br> OWEN SHROYER | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CASE NO. 22-60020 (SDTX) <br><br> CHAPTER 11 <br><br> JOINTLY ADMINISTERED <br><br><br><br> ADV. PROC. NO. 22-01024-HCM |

**PLAINTIFFS NOTICE OF APPROVED STIPULATION OF DISMISSAL AND
WITHDRAWAL OF THE MOTION TO REMAND**
**(Relates to Docket Nos. 9, 10, 13)**

Earlier today, the Bankruptcy Court in the main case approved a joint stipulation submitted by the Plaintiffs and the Debtors. The stipulation is attached as Exhibit 1. In relevant part, the stipulation establishes that: (1) Plaintiffs' claims against any Debtor in this case are dismissed with prejudiced; and (2) the Debtors have withdrawn their opposition to Plaintiffs' motion to remand.

With Plaintiffs' claims against the Debtors dismissed and the only objection to Plaintiffs' motion to remand withdrawn, Plaintiffs respectfully ask that the Court remand their case back to state court as soon as possible.

Respectfully submitted,

| | |
|---|---|
| **THE BEATTY LAW FIRM PC** | **MCDOWELL HETHERINGTON LLP** |

By: */s/ Max Beatty*  
    Jon Maxwell 'Max' Beatty  
    State Bar No. 24051740  
    1127 Eldridge Parkway, Suite 300 #338  
    Houston, TX 77077  
    (832) 529-3381 Telephone  
    (832) 852-1266 Fax  
    Email: max@beattypc.com

By: */s/ Avi Moshenberg*  
    Avi Moshenberg  
    Texas Bar No. 24083532  
    Nick Lawson  
    State Bar No. 24083367  
    Matthew Caldwell  
    State Bar No. 24107722  
    1001 Fannin Street, Suite 2700  
    Houston, TX 77002  
    Phone: (713) 337-5580  
    Fax: (713) 337-8850  
    Email: avi.moshenberg@mhllp.com  
    Email: nick.lawson@mhllp.com  
    Email: matthew.caldwell@mhllp.com

| | |
|---|---|
| **THE AKERS FIRM PLLC** | **KASTER LYNCH FARRAR & BALL, LLP** |

By: */s/ Cordt Akers*  
    Cordt Akers  
    State Bar No. 24080122  
    3401 Allen Parkway, Suite 101  
    Houston, TX 77019  
    Phone: (713) 877-2500  
    Fax: (713) 583-8662  
    Email: cca@akersfirm.com

By: */s/ Mark D. Bankston*  
    Mark D. Bankston  
    State Bar No. 24071066  
    William R. Ogden  
    State Bar No. 24073531  
    1117 Herkimer  
    Houston, Texas 77008  
    (713) 221-8300 Telephone  
    (713) 221-8301 Fax  
    Email: mark@fbtrial.com  
    Email: bill@fbtrial.com

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on 5/19/2022, a true and correct copy of the foregoing document was served by the Court's CM/ECF system on all parties registered to receive such service and by email to all parties listed below:

Attn: Shelby Jordan
Jordan & Ortiz, P.C.
500 N. Shoreline Blvd. Suite 900
Corpus Christi, Texas 78401
sjordan@jhwclaw.com

Attn: Ray Bataglia
Law Office of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio, TX
rbattaglialaw@outlook.com

Attn: F. Andino Reynal
Fertitta & Reynal LLP
917 Franklin St., Suite 600
Houston, TX 77002
areynal@frlaw.us

Attn: Kyung S. Lee
Kyung S. Lee PLLC
700 Milam Street, Suite 1300
Houston, Texas 77002
klee@kslpllc.com

                                                        */s/ Avi Moshenberg*
                                                        Avi Moshenberg